IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
NORTHEASTERN DIVISION

FILED
2020 DEC 14  A 10: 41
U.S. DISTRICT COURT
N.D. OF ALABAMA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| JONATHAN RYAN MILLER | ) |

## INFORMATION

**COUNT ONE:** [21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)]

The United States Attorney charges that:

Between August 2017, and January 2018, in Madison County, within the Northern District of Alabama, the defendant,

**JONATHAN RYAN MILLER,**

did knowingly, intentionally and unlawfully conspire and agree with others, both known and unknown to the United States Attorney, to distribute and possess with intent to distribute at least 1 kilogram of heroin, in violation of Title 21, United States Code, Sections 846, and 841(a)(1) and (b)(1)(A).

PRIM F. ESCALONA
United States Attorney

ROBERT J. BECHER, SR.
Assistant United States Attorney