Case 5:20-cr-00398-LCB-SGC   Document 17   Filed 07/30/21   Page 1 of 1   FILED
Case 5:20-cr-00398-LCB-SGC   Document 15   Filed 04/15/21   Page 2 of 5   2021 Jul-30 PM 01:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 245 S (Rev. 1/98)(N.D.Ala. rev.) Sheet 2 - Imprisonment

Judgment--Page 2 of 5

Defendant: JONATHAN RYAN MILLER
Case Number: 5:20-cr-398-LCB-SGC

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **one hundred-thirty (130) months** as to Count 1.

The Court makes the following recommendations to the Bureau of Prisons:

1. The Court recommends that the defendant participate in the RDAP program; and,

2. The Court further recommends that the defendant be given credit for time served from December 15, 2020.

The defendant is remanded to the custody of the United States Marshal.

**RETURN**

I have executed this Judgment as follows:

_____
_____
_____

Defendant delivered on  7-27-21  to  USP MCP  at  Pine Knot, KY
_____, with a certified copy of this Judgment.

C. Gomez, Warden
United States Marshal

By _____
Deputy Marshal